# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

PAUL STEVEN KANE,

        Plaintiff,

        v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

Case No. CV 15-9643 MRW

JUDGMENT

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: November 21, 2016

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE